DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP AND TIMOTHY KELLY
Certified Student Attorneys
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-MJ-00071-KJN |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT TRIAL |
| v. ) | |
| ALAN KING, ) | Date: May 9, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Kendall J. Newman |

   It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant U.S. Attorney, and defendant, Alan King, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial set for Monday, April 4, 2011 at 9:00 a.m. be rescheduled for Monday, May 9, 2011 at 9:00 a.m..

///

///

///

1   The defendant requires more time to fully investigate the
2 discovery sent by the U.S. Attorneys office to Mr. King and to see if
3 this case can be resolved outside of trial.

4
5 DATED: March 31, 2011           Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender
6

7                                 /s/ Linda C. Harter
                                  LINDA C. HARTER
8                                 Chief Assistant Federal Defender
                                  Attorney for Defendant
9                                 ALAN KING

10

11 DATED: March 31, 2011          BENJAMIN B. WAGNER
                                  United States Attorney
12

13                                /s/ Jill Thomas
                                  JILL THOMAS
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
15

16                          **O R D E R**

17

18   **IT IS SO ORDERED.**

19 DATED: March 31, 2011

20

21

22                                KENDALL J. NEWMAN
23                                UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

Stipulation and Proposed Order
                              -2-